IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:16-cr-226-FDW-DSC |
|---|---|---|
| v. | ) ) ) | UNDER SEAL |
| KIRK FERNANDEZ | ) ) ) | **LIMITED UNSEALING ORDER** |

UPON MOTION of the United States of America, by and through the United States Attorney for the Western District of North Carolina and the United States Department of Justice, for limited unsealing of the Indictment and Arrest Warrant in the above-captioned case,

**IT IS HEREBY ORDERED** that the Indictment and Arrest Warrant in the above-captioned case be unsealed in a limited capacity, allowing law enforcement to distribute those documents as necessary to effectuate an international arrest and extradition.

**IT IS FURTHER ORDERED** that the Indictment and Arrest Warrant remain under seal on the publically-accessible docket until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: December 28, 2016

David S. Cayer
United States Magistrate Judge